IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-0170-01-CR-W-SOW |
| ) | |
| CORTEZ L. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate Robert E. Larsen regarding defendant's Motion to Suppress Evidence (Doc. #20). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Evidence (Doc. #20) is denied.

      /s/ Scott O. Wright
      SCOTT O. WRIGHT
      Senior United States District Judge

Date: 10/4/2007