IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-0170-01-CR-W-SOW |
| ) | |
| CORTEZ L. WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before this Court are the Report and Recommendation of United States Magistrate Robert E. Larsen regarding defendant's Motion to Dismiss the Indictment (Doc. #58) and defendant Williams' Objections to Report and Recommendation. The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. Having reviewed both the Report and Recommendation as well as defendant's Objections to Report and Recommendation, this Court agrees with Magistrate Judge Larsen's recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Dismiss the Indictment (Doc. #58) is denied.

       /s/ Scott O. Wright
       SCOTT O. WRIGHT
       Senior United States District Judge

Date:    4/10/2008